DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHARLES LEWIS CHAPPLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08-cr-0146 OWW |
| *Plaintiff,* | STIPULATION TO CONTINUE MOTIONS HEARING; ORDER |
| v. | |
| CHARLES LEWIS CHAPPLE, | Date:   March 8, 2010 |
| *Defendant.* | Time:   9:00 a.m. |
| | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that the motions hearing in the above-entitled matter now set for January 25, 2010, **may be**

**continued to March 8, 2010, at 9:00 a.m.**

This reason for the continuance is to allow defense counsel additional time to obtain records,

continue investigation, and for plea negotiations. This continuance will conserve time and resources for

both parties and the court.

///
///
///
///
////
///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2  justice, including but not limited to, the need for the period of time set forth herein for effective defense

3  preparation pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and (B)(ii) and (iv).

4                                                BENJAMIN B. WAGNER
                                                 United States Attorney
5

6  DATED:  January 20, 2010              By:    /s/ Kirk E. Sherriff
                                                 KIRK E. SHERRIFF
7                                                Assistant United States Attorney
                                                 Attorney for Plaintiff
8

9                                                DANIEL J. BRODERICK
                                                 Federal Defender
10

11  DATED:  January 20, 2010             By:    /s/ Ann H. Voris
                                                 ANN H. VORIS
12                                               Assistant Federal Defender
                                                 Attorney for Defendant
13                                               Charles Lewis Chapple

14

15

16

17
                                    **O R D E R**
18
         **IT IS SO ORDERED.**  Time is excluded pursuant to  18 U.S.C.  §§ 3161(h)(8)(A) and
19
    3161(h)(8)(B)(i) and (iv).
20

21  IT IS SO ORDERED.

22  **Dated:   January 21, 2010**              /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Chapple - Stipulation to Continue
Motions Hearing                        2